UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN D. KNIGHT, JR.,<br>    Plaintiff,<br><br>v.<br><br>ENGERT PLUMBING & HEATING, INC.,<br>    Defendant. | )<br>)<br>)<br>)   No. 3:07-CV-415<br>)   (Phillips)<br>)<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Engert Plumbing & Heating, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff John D. Knight Jr. take nothing, that the action is **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Engert Plumbing & Heating, Inc., recover of the plaintiff John D. Knight Jr. its costs of action.

The final pretrial conference scheduled for August 9, 2011, and the trial scheduled for August 16, 2011 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of August, 2011.

                                                                          s/ Patricia L. McNutt
                                                                           Clerk of Court